FILED

NOV 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CHRISTY McGOWAN,

               Plaintiff - Appellant,

  v.

EARL ALLEN BOEK, individually and
partner; et al.,

               Defendants - Appellees.

No. 09-16490

D.C. No. 2:07-cv-01756-JWS

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
John W. Sedwick,[**] District Judge, Presiding

Submitted October 19, 2010[***]

Before:     O'SCANNLAIN, LEAVY, and TALLMAN, Circuit Judges.

     Christy McGowan appeals pro se from the district court's judgment

dismissing without prejudice her action alleging claims as the purported trustee for

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The Honorable John W. Sedwick, United States District Judge for the
District of Alaska, sitting by designation.

    [***]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Wasasa Enterprises, an Arizona joint stock company.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Johns v. County of San Diego,* 114 F.3d 874, 876 (9th Cir. 1997), and we affirm.

The district court properly dismissed the action because McGowan, who is not a licensed attorney, may not pursue the action on behalf of Wasasa Enterprises. *See* 28 U.S.C. § 1654; *Licht v. Am. W. Airlines (In re Am. W. Airlines)*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) ("Corporations and other unincorporated associations must appear in court through an attorney."); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (in an action against a corporation that had not retained counsel, the corporation's president and sole shareholder could not intervene pro se because it would circumvent the requirement that the corporation be represented by counsel).

McGowan's subrogation argument is unpersuasive.

**AFFIRMED.**